AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zive, Gregg W. | U.S. Bankruptcy Court - Nevada | 07/30/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S Courthouse
300 Booth Street, 5th Floor
Reno, NV 89509

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | University of Nevada, Reno Foundation |
| 2. | Advisory Board | Nevada Land Trust |
| 3. | Limited Partner | Plumas Garden Partners, Reno NV |
| 4. | Trustee | Trust #3 |
| 5. | Trustee | Trust #4 (see Part VIII for comments) |
| 6. | Leadership Board | KUNR |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/30/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Bighorns Basketball LLC-scorekeeper | $275.00 |
| 2. 2016 | Pacific Coast League-scorekeeper | $1,260.00 |
| 3. 2016 | Reno Sparks Convention & Visitor Authority-scorekeeper | $300.00 |
| 4. 2016 | Board of Regents Nevada State Higher Education-teaching | $3,125.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boyd School of Law, UNLV | February 18, 2016 | Las Vegas, NV | Educational seminar | (transportation, meals and room) |
| 2. | American Bankruptcy Institute | April 13-17, 2016 | Washington D.C. | Conference | (transportation, meals and room) |
| 3. | National Conference of Bankruptcy Judges | April 28-30, 2016 | Las Vegas, NV | Conference | (transportation, meals and room) |
| 4. | State Bar of Nevada | June 12-13, 2016 | Las Vegas, NV | Educational seminar | (transportation, meals and room) |
| 5. | American Bankruptcy Institute | September 9-11, 2016 | Las Vegas, NV | Conference | (transportation, meals and room) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Zive, Gregg W. | 07/30/2017 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | National Conference of Bankruptcy Judges | October 25-29, 2016 | San Francsico, CA | Conference | (transportation, meals and room) |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/30/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Plumas Garden Partners, Reno, Nevada | A | Interest | K | R | | | | | See comments (Part VIII) |
| 2. | D | Rent | | | | | | | |
| 3. Bank of America, Reno, NV | A | Interest | J | T | | | | | |
| 4. Bank of America, Reno, NV | | None | J | T | | | | | |
| 5. City National Bank Money Market, Reno NV | A | Interest | M | T | | | | | |
| 6. Wells Fargo Advisors IRA (H) | | | | | | | | | |
| 7. -Wells Fargo Bank Deposit | A | Interest | K | T | | | | | |
| 8. - Lehman Bros. Holding | | None | J | T | | | | | |
| 9. - Chevron Corporation | B | Dividend | K | T | | | | | |
| 10. - Franklin Real Estate Secs Tr | A | Dividend | | | Sold | 07/26/16 | K | C | |
| 11. - Europacific Growth Fund | A | Dividend | J | T | Sold (part) | 08/18/16 | K | | |
| 12. - Growth Fund America Inc (Class A) | | | | | Sold | 07/26/16 | L | D | |
| 13. - Growth Fund America Inc (Class C) | | | | | Sold | 08/16/16 | L | D | |
| 14. - Franklin Mutual Global Discovery FD (Class C) | | | | | Sold | 08/08/16 | M | | |
| 15. - Allianz FDS Technology FD (Class C) | | | | | Sold | 08/08/16 | K | | |
| 16. - Alger Health Sciences Fund (Class C) | | | | | Sold | 07/26/16 | K | | |
| 17. - Federated Kaufmann Lg (Class C) | A | Dividend | | | Sold | 08/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Investment Co. of America | B | Dividend | | | Sold | 07/26/16 | M | E | |
| 19. - First TR Dorsey ET Wright Focus Five Fd | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 20. - Ishares ET Russell 2000 Growth | A | Dividend | K | T | Buy | 08/16/16 | J | | |
| 21. - Ishares ET Russell 1000 Value | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 22. - Ishares ET Russell 1000 Growth | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 23. - Ishares Russell 2000 Value | A | Dividend | K | T | Buy | 08/16/16 | K | | |
| 24. - SPDR S&P Dividend ET | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 25. - Vanguard Health Care ET | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 26. - Vanguard Information ET | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 27. - Baron Select Funds Real Estate FD | A | Dividend | K | T | Buy | 07/28/16 | J | | |
| 28. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 29. - Baron Invt Funds Trust Small Cap FD | C | Dividend | K | T | Buy | 07/28/16 | J | | |
| 30. - Baron Select Funds Partners FD | A | Dividend | K | T | Buy | 07/28/16 | K | | |
| 31. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 32. - Brandes Invt TR Intl Small Cap Equity FD | A | Dividend | K | T | Buy | 08/15/16 | J | | |
| 33. - Brandes Invt TR Emerging Mkts Value FD (Class I) | A | Dividend | K | T | Buy | 08/15/16 | K | | |
| 34. - Brandes Invt TR Instl Equity FD (Class I) | A | Dividend | K | T | Buy | 08/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Federated Equity FDS Strategic Value FD | A | Dividend | K | T | Buy | 07/28/16 | K | | |
| 36. - Federated Instl TR High Yield Bond FD | A | Dividend | K | T | Buy | 07/28/16 | K | | |
| 37. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 38. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 39. - Fidelity ADV New Insights (Class I) | A | Dividend | K | T | Buy | 08/16/16 | K | | |
| 40. - JP Morgan Mid Cap Value FD (Class L) | C | Dividend | K | T | Buy | 07/28/16 | K | | |
| 41. | | | | | Buy (add'l) | 08/16/16 | K | | |
| 42. - Prudential Invt Port12 Global Real Estate FD (Class Z) | A | Dividend | K | T | Buy | 07/28/16 | J | | |
| 43. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 44. - Thornburg Invt TR Invt Income Builder FD (Class I) | A | Dividend | K | T | Buy | 08/18/16 | K | | |
| 45. - Vanguard Horizon FDS Strategic Small Cap Equity FD | A | Dividend | K | T | Buy | 07/28/16 | J | | |
| 46. -Tekla Healthcare Investors | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 47. Brokerage #1 (H) | | | | | | | | | See Comments (Part VIII) |
| 48. - Boeing Company | A | Dividend | K | T | | | | | |
| 49. - Coca-Cola | B | Dividend | K | T | | | | | |
| 50. - Blackrock FDS US Opportunities Port (Class C) | | | | | Sold | 07/26/16 | L | | |
| 51. - Alger Cap Appreciation Fund Class C | | | | | Sold | 07/26/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | - Eaton Vance Natl Ltd Maty Income FD Class C | A | Dividend | | | Sold | 07/26/16 | L | B | |
| 53. | - Wells Fargo Bank Deposit | A | Interest | J | T | | | | | |
| 54. | - AB Mun Income FD Inc High Income Mun | A | Dividend | K | T | Buy | 08/11/16 | K | | |
| 55. | | | | | | Buy (add'l) | 08/15/16 | J | | |
| 56. | - Eaton Vance Muns TR Municipal Opp (Class I) | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 57. | | | | | | Buy (add'l) | 08/16/16 | J | | |
| 58. | - Eaton Vance Muns TR Natl Muns Income FD | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 59. | | | | | | Buy (add'l) | 08/16/16 | J | | |
| 60. | - Federated Incm Secs TR Muni & STK Advantage FD Instl | A | Dividend | K | T | Buy | 08/15/16 | K | | |
| 61. | - Franklin Fed Tax Free Income Fund | | None | K | T | Buy | 08/16/16 | K | | |
| 62. | - TCW FDS Inc Emerging Mkts Income FD (Class I) | A | Dividend | K | T | Buy | 08/15/16 | K | | |
| 63. | - Nuveen Enhanced AMT Free Municipal Credit Opptys FD | A | Dividend | K | T | Buy | 08/08/16 | K | | |
| 64. | Brokerage #2 (H) | | | | | | | | | See Comments (Part VIII) |
| 65. | -Harbor Fd Intl Fd Inv CL | | | | | Sold | 07/26/16 | J | | |
| 66. | - Buffalo Small Cap Fd | | | | | Sold | 07/26/16 | J | | |
| 67. | - Hotchkis & Wiley Fds Diversified Value Fund | | | | | Sold | 07/26/16 | J | A | |
| 68. | - MFS Ser Tr Value Fund Class W | A | Dividend | | | Sold | 07/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pimco Fds Mgmt Ser Real Return Strat Fd | A | Dividend | | | Sold | 07/26/16 | J | | |
| 70. - Rainier Funds Md Cap Equity Portfolio | | | | | Sold | 07/26/16 | J | | |
| 71. - Touchstone Instl Fds Tr Sands Cap Instl Growth | | | | | Sold | 07/26/16 | J | | |
| 72. - WT Mut Fd Crm Mid Cap Value Fd Instl | | | | | Sold | 07/26/16 | J | | |
| 73. - Janus Invt FD Flexible BD FD Class I | A | Dividend | | | Sold | 07/26/16 | J | A | |
| 74. - Lazard Developing Markets Equity CL | | | | | Sold | 07/26/16 | J | | |
| 75. - Oppenheimer Intl Growth FD Class Y | | | | | Sold | 07/26/16 | J | A | |
| 76. - Pimco FDS Pac Invt Mgmt Series Total Return | A | Dividend | | | Sold | 07/26/16 | J | | |
| 77. - Pioneer Fund Class Y | A | Dividend | | | Sold | 07/26/16 | J | | |
| 78. - Stratton FDS Inc Small Co Oppty CL I | | | | | Sold | 07/26/16 | J | | |
| 79. - Victory Portfolios Small Co Oppty CL I | | | | | Sold | 07/26/16 | J | A | |
| 80. - Wells Fargo FDS TR Advantage FD CL I | | | | | Sold | 07/26/16 | J | | |
| 81. - Thornburg Intl Value FD | A | Dividend | | | Sold | 07/26/16 | J | A | |
| 82. - William Blair FDS Small Cap Growth Fd CL | | | | | Sold | 07/26/16 | J | A | |
| 83. - Bond Fund of America | A | Dividend | | | Sold | 07/26/16 | K | A | |
| 84. - Aston Funds Montag & Caldwell Growth | | | | | Sold | 07/26/16 | J | | |
| 85. - T Rowe Price Real Estate Fund Inc | A | Dividend | | | Sold | 07/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/30/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #3 (H) | | | | | | | | | See Comments (Part VIII) |
| 87. -City National Bank Money Mkt, Reno NV | A | Interest | J | T | | | | | |
| 88. - Brokerage #1 | | | | | | | | | |
| 89. -Money Market Fund-Stifel Nicolaus | A | Interest | J | T | | | | | |
| 90. - Franklin Cust FDS Income US Govt Ser Class A | A | Dividend | J | T | | | | | |
| 91. - Franklin Income Fund CL A | A | Dividend | J | T | | | | | |
| 92. - Nuveen All American Muni Bond FD CL A | C | Int./Div. | M | T | | | | | |
| 93. - Eaton Vance Insured Municipal Bond Fd | A | Int./Div. | K | T | | | | | |
| 94. - Pimco Muni Income Fd III | B | Int./Div. | K | T | | | | | |
| 95. - Federated Stat Value Dividend CL A | C | Dividend | L | T | | | | | |
| 96. - AIM Invesco Equity and Income CL A | C | Dividend | L | T | | | | | |
| 97. - Nuveen High Yield Muni Bond | A | Int./Div. | J | T | | | | | |
| 98. Nevada State Bank, Reno, NV Money Market | A | Interest | M | T | | | | | |
| 99. RBC Dain Rauscher IRA (H) | D | Distribution | | | | | | | See Comments (Part VIII) |
| 100. -Tamarack Invt FDS Prime Money Market | A | Interest | J | T | | | | | |
| 101. -Invesco Select Real Estate Income Fund | A | Dividend | J | T | | | | | |
| 102. - Growth Fund of America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Henderson Global Intl Opps | A | Dividend | K | T | | | | | |
| 104. - Franklin US Gov Sec Series | A | Dividend | K | T | | | | | |
| 105. - Franklin Founding FD Alloc A | A | Dividend | K | T | | | | | |
| 106. - Columbia FDS Ser TR II Mass Seligman Comm & Info CL C | B | Dividend | J | T | | | | | |
| 107. - Ivy FDS Inc Small Cap Growth FD CL C | A | Dividend | J | T | | | | | |
| 108. ▨ | | None | J | T | | | | | |
| 109. Wells Fargo Bank, N.A., Reno, NV | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I Line 5. Filer became a trustee of this trust in 2016. Filer did not create the trust, does not receive income from this trust, nor does he have a beneficial interest in this trust. Therefore, no assets are reported in Part VII.

Part VII Line 1. 6.25 % limited partnership interest; apartment complex. Original purchase price of $50,000 in April 1994.

Part VII Line 47. Added a header this year for the assets contained in brokerage #1 account. These assets have always been held in brokerage #1, but no header was used in prior reports.

Part VII. Line 64. Added a header this year for the assets contained in brokerage #2 account. These assets have always been held in brokerage #2, but no header was used in prior reports. This brokerage was closed in 2016.

Part VII. Line 86. This trust was created February 12, 2007. 100% beneficial interest in this trust.

Part VII. Line 99. Beneficiary of this decedent IRA from which Required Minimum Distributions (RMD) are required to be taken annually.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregg W. Zive**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544